UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE CAMPOS OLMOS,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03100-LK<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

The parties move under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action "without prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs under several conditions." Dkt. No. 11 at 1. They stipulate that "Respondents have agreed to provide Petitioner with a prolonged detention bond hearing, under *Singh v. Holder*, 638 F.3d 1196, 1208 (9th Cir. 2011), whereby Respondents will have the burden by clear and convincing evidence to show that Petitioner is either a danger to the community or a flight risk or release him on a bond set by an immigration judge." *Id.* Respondents agree to "provide Petitioner with a constitutionally adequate hearing within fourteen days of this order, or release him immediately under appropriate conditions of supervised release." *Id.* at 1–2. This stipulated relief is the relief that Campos Olmos seeks in his petition. Dkt. No. 4 at 16.

For those reasons, the Court ORDERS as follows:

(1) Respondents shall hold a bond hearing in accordance with *Singh v. Holder*, 638 F.3d 1196, 1208 (9th Cir. 2011) within 14 days, or release Petitioner; provided, however, that if Petitioner successfully seeks a continuance of the bond hearing, the deadline for a bond hearing will be tolled for the duration of the continuance;

(2) The parties shall file a status report on the status of Petitioner's bond hearing no later than one day from the date of the bond hearing;

(3) In conducting the bond hearing, the Immigration Judge shall consider Petitioner's ability to pay and alternatives to detention;

(4) The Court will dismiss this action upon completion of these conditions.

Dated this 19th day of October, 2026.

Lauren King
United States District Judge